FILED
7/14/23 2:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 22-22106 GLT |
| | Chapter 13 |
| Jeffrey J. Mahronich | |
| Sandra L. Mahronich, | Docket No. 45 |
| *Debtors* | |
| | |
| Jeffrey J. Mahronich | |
| Sandra L. Mahronich, | |
| *Movants* | |
| | |
| vs. | |
| | |
| Ronda J. Winnecour, Esq., Trustee, | |
| *Respondents* | |

## CONSENT ORDER OF COURT

AND NOW, to wit, this ____14th_____ day of July_____, 2023, it is hereby ORDERED, ADJUDGED, and DECREED, that:

1. The Debtors may endeavor to obtain an unsecured loan for no more than $5,000.00 to be used specifically for the purpose of purchasing hearing aids for the Wife Debtor.

2. Wife Debtor's insurance will not cover the whole purchase of the necessary hearing aids and the Debtors will be left needing to pay several thousand out of their own pocket.

3. This loan will be paid outside of the plan by the Debtors.

4. The unsecured creditors will not be affected in any way by this loan.

5. A Report of Financing will be filed within fourteen (14) days of the Debtors taking out the loan.

Dated: 7/14/23

_____
Honorable Gregory L. Taddonio    hct
U.S. Bankruptcy Judge

<table>
<tr><td>/s/ Kate DeSimone</td><td>/s/ Kenneth Steidl</td></tr>
<tr><td>Kate DeSimone, Esquire</td><td>Kenneth Steidl, Esquire</td></tr>
<tr><td>Office of the Chapter 13 Trustee</td><td>Attorney for the Debtors</td></tr>
</table>

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22106-GLT |
| Jeffrey J. Mahronich | Chapter 13 |
| Sandra L. Mahronich | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 14, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jeffrey J. Mahronich, Sandra L. Mahronich, 1706 Sherman Ave., New Kensington, PA 15068-5036 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2023         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Gas Company f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Cheswick jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Debtor Jeffrey J. Mahronich julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com;awerkmeister@steidl-steinberg.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jul 14, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Kenneth Steidl
    on behalf of Joint Debtor Sandra L. Mahronich julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com;awerkmeister@steidl-steinberg.com

Maribeth Thomas
    on behalf of Creditor PNC Bank  N.A. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 9