IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Jeffrey J. Mahronich ) | |
| Sandra L. Mahronich, ) | Case No. 22-22106 GLT |
| *Debtors* ) | Chapter 13 |
| ) | Related to Docket No. 76 & 77 |
| Jeffrey J. Mahronich ) | |
| *Movant* ) | |
| ) | |
| vs. ) | |
| ) | |
| Ronda J. Winnecour, Trustee, and Office of the US Trustee, ) | Hearing Date & Time: |
| PNC Bank ) | November 7, 2025 at 10:30 a.m. |
| *Respondents* ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on November 3, 2025, I caused to be served a true and correct copy of the *Notice and Order Setting Hearing on an Expedited Basis together wit the Motion Approving Transfer of Real estate from Husband Debtor to Prior Non-Filing Spouse* by the following methods upon the following persons and parties:

**Service by Fax:**
Allegheny Valley School District ℅ Keystone Collections Group : 724-978-0339
Borough of Cheswick & County of Allegheny ℅ GRB Law: 412-281-2971
Office of the US Trustee: 412-644-4785
PNC Bank: 844-205-9526
PNC Bank: 833-775-4408
PNC Bank ℅ Maribeth Thomas, Esq.: 412-594-5619
Ronda Winnecour, Trustee: 412-471-5470

**Service by Email:**
Borough of Cheswick & County of Allegheny ℅ Jordan Tax Service: custsvc@jordantax.com
Jeffrey Mahronich: jeffm21@comcast.net

Date of Service: <u>November 3, 2025</u>

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
436 Seventh Avenue, Suite 322
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965