FILED
11/7/25 12:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 22-22106-GLT |
| | : | Chapter: | 13 |
| Jeffrey J. Mahronich | : | | |
| Sandra L. Mahronich | : | | |
| | : | Date: | 11/7/2025 |
| *Debtor(s).* | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER:**    # 76 Motion APPROVING TRANSFER OF REAL ESTATE FROM
HUSBAND DEBTOR TO PRIOR NON-FILING SPOUSE,
in addition to Motion to Expedite Hearing
[Response due at the time of the hearing]

**APPEARANCES** :

Debtor: Abagale Steidl

[10:34]
**NOTES:**

Steidl: The husband was married before, remarried, and now has filed this bankruptcy case. The intention in the language of the agreement is very clear and everyone wants the same thing to happen here. But the trustee's office won't consent to it without you seeing it first. We received a concerned email from one of the taxing authorities. At this point, we would ask you to enter the order transferring the house to the prior spouse. We will file a report with this Court with everything that was paid. This will actually be advantageous to the bankruptcy estate.

Court: This is a pre-petition property settlement agreement?

Steidl: Yes. And the reason you haven't seen this before is that it had some personal things in it, but I am happy to redact it and then docket it. This happened in 2009 and the bankruptcy was filed in 2022, so it was very much pre-petition.

Court: I am satisfied with the representations here.

**OUTCOME:**

1. For the reasons stated on the record on November 7, 2025, the *Motion Approving Transfer of Real Estate From Husband Debtor to Prior Non-Filing Spouse* [Dkt. No. 76] is **GRANTED**. [HT to enter proposed order at Dkt. No. 76]

**DATED:** 11/7/2025