FILED
11/7/25 12:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Jeffrey J. Mahronich ) | |
| Sandra L. Mahronich, ) | Case No. 22-22106 GLT |
| *Debtors* ) | Chapter 13 |
| ) | Docket No. |
| Jeffrey J. Mahronich ) | |
| *Movant* ) | |
| ) | |
| vs. ) | |
| ) | Related to Docket No. 76 |
| Ronda J. Winnecour, Trustee, and Office of the US Trustee, ) | |
| PNC Bank ) | |
| *Respondents* ) | |

### ORDER OF COURT

AND NOW, to wit, this ___7th Day of November___, 2025, it is hereby ORDERED, ADJUDGED, and DECREED that:

1) The Husband Debtor is authorized to transfer the deed for 1212 Fairmont St., Cheswick, PA 15024 in Allegheny County from his name and his prior spouse, Dianne Mahronich, name into the name of Dianne Mahronich only.

2) The mortgage loan to PNC Bank will be paid in full by the proceeds of the prior spouse's new loan and a satisfaction piece will be filed.

3) Within 30 days of the transfer of the deed into prior spouse's name, and the satisfaction of the PNC mortgage loan, Husband Debtor shall file the following with this Honorable Court:

    a. An Amended Schedule J to remove any additional contributions in relation to 1212 Fairmont, if any.

    b. File a Report of Transfer of Deed and Mortgage Satisfaction, that informs the docket of the date of the deed transfer and the date that the PNC Bank mortgage is satisfied to ensure that the docket remains clear in this case and all expectations are met and allows for a safe guard of all parties in this case.

    c. File an Amended Plan to deal with the distribution percentage to the unsecured creditor who timely filed claims in this case.

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jeffrey J. Mahronich  
Sandra L. Mahronich  
    Debtors

Case No. 22-22106-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Nov 07, 2025      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jeffrey J. Mahronich, Sandra L. Mahronich, 1706 Sherman Ave., New Kensington, PA 15068-5036 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2025 at the address(es) listed below:

**Name**      **Email Address**

Denise Carlon  
     on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com

Jeffrey Hunt  
     on behalf of Creditor Peoples Gas Company  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Jeffrey R. Hunt  
     on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt  
     on behalf of Creditor Borough of Cheswick jhunt@grblaw.com

Kenneth Steidl  
     on behalf of Debtor Jeffrey J. Mahronich julie.steidl@steidl-steinberg.com  
     ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 07, 2025 | Form ID: pdf900 | Total Noticed: 1 |

eidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Kenneth Steidl

on behalf of Joint Debtor Sandra L. Mahronich julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Maribeth Thomas

on behalf of Creditor PNC Bank  N.A. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 9