### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH DIVISION

IN RE:                                                              CASE NO.: 22-22106
                                                                         CHAPTER 13

Jeffrey J. Mahronich,
  Debtor.


Sandra L. Mahronich,
  Joint Debtor.


_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

    **PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of PNC BANK, NATIONAL ASSOCIATION ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Robert Shearer, ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 07004
Telephone: 470-321-7112
Facsimile: 404-393-1425


By: _/s/Robert Shearer_
    Robert Shearer, Esquire
    Pennsylvania Bar No. 83745
    Email: rshearer@raslg.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on December 18, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:


JEFFREY J. MAHRONICH
1706 SHERMAN AVE.
NEW KENSINGTON, PA 15068

SANDRA L. MAHRONICH
1706 SHERMAN AVE.
NEW KENSINGTON, PA 15068

And via electronic mail to:

STEIDL & STEINBERG
KOPPERS BUILDING, 436 SEVENTH AVE. STE. 322
PITTSBURGH, PA 15219

STEIDL & STEINBERG
KOPPERS BUILDING, 436 SEVENTH AVE. STE. 322
PITTSBURGH, PA 15219

RONDA J. WINNECOUR
SUITE 3250, USX TOWER, 600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
1000 LIBERTY AVENUE, SUITE 1316
PITTSBURGH, PA 15222


By: /s/ Angela Zuelke