**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JEFFREY J. MAHRONICH
SANDRA L. MAHRONICH

Case No. 22-22106GLT

Debtor(s)

Chapter 13

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Movant

Document No __

vs.

ALLEGHENY VALLEY SD (CHESWICK) (RE)

Respondents

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

NO EXPLANATION FOR THE REFUND WAS PROVIDED. THE CLAIM WAS NOT AMENDED OR WITHDRAWN.

ALLEGHENY VALLEY SD (CHESWICK) (RE)          Court claim# 9/Trustee CID# 2
C/O KEYSTONE COLLECTIONS GRP - DLNQ
YRS
546 WENDEL RD
IRWIN, PA 15642

The Movant further certifies that on 02/18/2026 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc:  debtor(s)
original creditor
putative creditor
counsel for debtor(s)
counsel for the creditor(s) (if known)

DEBTOR(S):
JEFFREY J. MAHRONICH, SANDRA L. MAHRONICH, 1706 SHERMAN AVE., NEW KENSINGTON, PA  15068

ORIGINAL CREDITOR:
ALLEGHENY VALLEY SD (CHESWICK) (RE), C/O KEYSTONE COLLECTIONS GRP · DLNQ YRS, 546 WENDEL RD, IRWIN, PA 15642

NEW CREDITOR:

DEBTOR'S COUNSEL:
KENNETH STEIDL ESQ, STEIDL & STEINBERG PC, 436 SEVENTH AVE STE 322, KOPPERS BUILDING, PITTSBURGH, PA  15219