**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JEFFREY J. MAHRONICH                                    Case No. 22-22106GLT
SANDRA L. MAHRONICH

                    Debtor(s)                           Chapter 13
RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

                    Movant                              Document No __
           vs.

ALLEGHENY VALLEY SD (CHESWICK) (RE)

                    Respondents

### NOTICE OF FUNDS ON RESERVE

   The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

   The creditor has returned a check from the Trustee.  No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

   NO EXPLANATION FOR THE REFUND WAS PROVIDED. THE CLAIM WAS NOT AMENDED OR WITHDRAWN.

ALLEGHENY VALLEY SD (CHESWICK) (RE)          Court claim# 9/Trustee CID# 30
C/O KEYSTONE COLLECTIONS GRP - DLNQ
YRS
546 WENDEL RD
IRWIN, PA 15642

The Movant further certifies that on 02/18/2026 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                             /s/ Ronda J. Winnecour
                                             RONDA J WINNECOUR PA ID #30399
                                             CHAPTER 13 TRUSTEE WD PA
                                             600 GRANT STREET
cc:  debtor(s)                               SUITE 3250 US STEEL TWR
     original creditor                       PITTSBURGH, PA  15219
     putative creditor                       (412) 471-5566
     counsel for debtor(s)                   cmecf@chapter13trusteewdpa.com
     counsel for the creditor(s) (if known)

DEBTOR(S):
JEFFREY J. MAHRONICH, SANDRA L. MAHRONICH, 1706 SHERMAN AVE., NEW KENSINGTON, PA  15068

DEBTOR'S COUNSEL:
KENNETH STEIDL ESQ, STEIDL & STEINBERG PC, 436 SEVENTH AVE STE 322, KOPPERS BUILDING, PITTSBURGH, PA  15219

ORIGINAL CREDITOR:
ALLEGHENY VALLEY SD (CHESWICK) (RE), C/O KEYSTONE COLLECTIONS GRP - DLNQ YRS, 546 WENDEL RD, IRWIN, PA 15642

NEW CREDITOR: