IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jeffrey J. Mahronich | ) | |
| Sandra L. Mahronich, | ) | Case No. 22-22106 GLT |
|     *Debtors* | ) | Chapter 13 |
| | ) | Related to Docket No. 82 |
| Jeffrey J. Mahronich, | ) | |
|     *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee, and Office of the US Trustee, | ) | |
| PNC Bank | ) | |
|     *Respondents* | ) | |

## STATUS REPORT REGARDING TRANSFER OF REAL ESTATE FROM HUSBAND DEBTOR TO PRIOR NON-FILING SPOUSE

AND NOW, comes the Husband Debtor, Jeffrey J. Mahronich, by and through his attorney Kenneth Steidl, and Steidl and Steinberg, and respectfully represents as follows:

1. On November 7, 2025, this Honorable Court entered an Order approving the Husband Debtor to transfer the deed for 1212 Fairmont Street, Cheswick, PA 15024 to his prior spouse, Dianne Mahronich.

2. The deed has been filed of record with the Allegheny County Division of Real Estate at Document Number 2025-33992.

3. The satisfaction piece for the PNC Mortgage has been filed of record with the Allegheny County Division of Real Estate at Document Number 2025-68423. However, PNC continues to file Notices of Mortgage Payment Change for the satisfied loan. Debtor's counsel has reached out to the counsel for PNC in an effort to resolve this and will be filing an amended plan shortly.

WHEREFORE, the Husband Debtor, Jeffrey J. Mahronich, respectfully files this status report.

Respectfully submitted,

 April 16, 2026              /s/ Kenneth Steidl
       DATE               Kenneth Steidl, Esquire
                            Attorney for the Debtors
                            STEIDL & STEINBERG
                            436 Seventh Avenue, Suite 322
                            Pittsburgh, PA  15219
                            (412) 391-8000
                            PA I. D. No.  34965
                            ken.steidl@steidl-steinberg.com