**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JEFFREY J. MAHRONICH
SANDRA L. MAHRONICH

Case No. 22-22106GLT

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

Movant
vs.

Document No __

CHESWICK BOROUGH (RE)

Respondents

### NOTICE OF FUNDS ON RESERVE

   The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

   The creditor has returned a check from the Trustee.  No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

   The creditor has informed the Trustee that the account has been paid in full.  No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments. **Trustee will not close off the record for this claim until a document removing the claim (e.g., satisfaction of claim, withdrawal of claim, or stipulation) is filed of record in this case.**

   **Parties are advised that funds placed on reserve may be treated as general plan funding and redistributed pursuant to the terms of the confirmed plan.**

CHESWICK BOROUGH (RE)
C/O JORDAN TAX SVC-DELQ CLLCTR
102 RAHWAY RD
MCMURRAY, PA 15317

Court claim# 18/Trustee CID# 3

The Movant further certifies that on 05/14/2026 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc:  debtor(s)
     original creditor
     putative creditor
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

DEBTOR(S):
JEFFREY J. MAHRONICH, SANDRA L.
MAHRONICH, 1706 SHERMAN AVE., NEW
KENSINGTON, PA  15068

DEBTOR'S COUNSEL:
KENNETH STEIDL ESQ, STEIDL &
STEINBERG PC, 436 SEVENTH AVE STE
322, KOPPERS BUILDING, PITTSBURGH,
PA  15219

ORIGINAL CREDITOR:
CHESWICK BOROUGH (RE), C/O JORDAN
TAX SVC-DELQ CLLCTR, 102 RAHWAY RD
MCMURRAY, PA  15317

ORIGINAL CREDITOR'S COUNSEL:
GRB LAW, 525 WILLIAM PENN PLACE STE
3110, PITTSBURGH, PA  15219

NEW CREDITOR: