FILED
7/17/26 3:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                           )
                                                 )        Case No. 22-22106 GLT
Jeffrey J. Mahronich                             )        Chapter 13
Sandra L. Mahronich,                             )        Docket No.   110 and 112
        *Debtor*                                 )
                                                 )        Related to Claim: 17
Jeffrey J. Mahronich                             )
Sandra L. Mahronich,                             )
        *Movants*                                )
                                                 )
    vs.                                          )
                                                 )
PNC Bank, N.A.,                                  )
        *Respondent*                             )

## ORDER OF COURT

AND NOW, to wit this ____17th____ day of _____July_____, 2026 upon consideration of the Debtors' Motion to Withdraw the  Objection To Notice Of Mortgage Payment Change Dated July 7, 2026, it is hereby ORDERED, ADJUDGED and DECREED that:

1. The  Objection To Notice Of Mortgage Payment Change Dated July 7, 2026 filed at docket number 110 is withdrawn and the hearing scheduled for August 19, 2026 at 9:30 a.m. is canceled.

Dated: 7/17/26

_____ J
GREGORY  L. TADDONIO hct
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                Case No. 22-22106-GLT

Jeffrey J. Mahronich                                                                     Chapter 13

Sandra L. Mahronich

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                          Page 1 of 2

Date Rcvd: Jul 17, 2026                  Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2026:**

**Recip ID**         **Recipient Name and Address**
db/jdb          +  Jeffrey J. Mahronich, Sandra L. Mahronich, 1706 Sherman Ave., New Kensington, PA 15068-5036

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2026 at the address(es) listed below:**

**Name**         **Email Address**

Jeffrey Hunt

      on behalf of Creditor Peoples Gas Company  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Jeffrey R. Hunt

      on behalf of Creditor Borough of Cheswick jhunt@grblaw.com

Jeffrey R. Hunt

      on behalf of Creditor County of Allegheny jhunt@grblaw.com

Kenneth Steidl

      on behalf of Joint Debtor Sandra L. Mahronich julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com

Kenneth Steidl

      on behalf of Debtor Jeffrey J. Mahronich julie.steidl@steidl-steinberg.com

District/off: 0315-2                      User: auto                                    Page 2 of 2

Date Rcvd: Jul 17, 2026                   Form ID: pdf900                                Total Noticed: 1

ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com

Maribeth Thomas

on behalf of Creditor PNC Bank  N.A. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Matthew Fissel

on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Richard Monti

on behalf of Creditor Borough of Cheswick rmonti@grblaw.com  aanderson@grblaw.com

Richard Monti

on behalf of Creditor County of Allegheny rmonti@grblaw.com  aanderson@grblaw.com

Robert Shearer

on behalf of Creditor PNC Bank  National Association rshearer@raslg.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com


TOTAL: 12