# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

08/20/2026

IN RE:

JEFFREY J. MAHRONICH
SANDRA L. MAHRONICH
1706 SHERMAN AVE.
NEW KENSINGTON, PA 15068
XXX-XX-6976 Debtor(s)

XXX-XX-5180

Case No.22-22106 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/20/2026

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK**** | Trustee Claim Number:1 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 7875 |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: TJX/PRAE | |

| | | |
|---|---|---|
| **ALLEGHENY VALLEY SD (CHESWICK) (RE)** | Trustee Claim Number:2 INT %: 10.00% | CRED DESC: SECURED CREDITOR |
| C/O KEYSTONE COLLECTIONS GRP - DLNQ YRS | Court Claim Number:9 | ACCOUNT NO.: H061 |
| 546 WENDEL RD | | |
| | CLAIM: 355.30 | |
| IRWIN, PA 15642 | COMMENT: 530H061*20-21*PIF CL@3568.29 W/D-D93*OE-D 95*CL9GOV*4456.44@12%TTL/PL~$ | |

| | | |
|---|---|---|
| **CHESWICK BOROUGH (RE)** | Trustee Claim Number:3 INT %: 10.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC-DELQ CLLCTR | Court Claim Number:18-2 | ACCOUNT NO.: 0H61 |
| 102 RAHWAY RD | | |
| | CLAIM: 53.71 | |
| MCMURRAY, PA 15317 | COMMENT: 530H061*21*722.82@10%TTL/PL*NO YRS/SCH-PL*WNTS 10%*W/35*AMD CL=$0 | |

| | | |
|---|---|---|
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ONE** | Trustee Claim Number:4 INT %: 5.00% | CRED DESC: VEHICLE |
| C/O AIS PORTFOLIO SERVICES LLC | Court Claim Number:6 | ACCOUNT NO.: 1809 |
| PO BOX 661381 | | |
| | CLAIM: 20,476.15 | |
| DALLAS, TX 75266-1381 | COMMENT: $/CL-PL@5%/PL | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:5 INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| PO BOX 94982 | Court Claim Number:17 | ACCOUNT NO.: 1049 |
| | | |
| | CLAIM: 16,598.27 | |
| CLEVELAND, OH 44101 | COMMENT: PMT PROPER/PL*391.52/DECL*BGN 11/22*SATISFIED/RPT*DK | |

| | | |
|---|---|---|
| **ROCKET MORTGAGE LLC FKA QUICKEN LOANS** | Trustee Claim Number:6 INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| 635 WOODWARD AVE | Court Claim Number:5 | ACCOUNT NO.: 5281 |
| | | |
| | CLAIM: 0.00 | |
| DETROIT, MI 48226 | COMMENT: PMT/NTC-PL*DK4PMT~LMT | |

| | | |
|---|---|---|
| **DIANE MAHRONICH** | Trustee Claim Number:7 INT %: 0.00% | CRED DESC: SUPPORT/ALIMONY CONT. |
| 1212 FAIRMONT ST | Court Claim Number: | ACCOUNT NO.: |
| | | |
| | CLAIM: 0.00 | |
| CHESWICK, PA 15024 | COMMENT: DIR/CONF*NO$/SCH*NT PROV/PL | |

| | | |
|---|---|---|
| **AFFIRM** | Trustee Claim Number:8 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 650 CALIFORNIA ST | Court Claim Number: | ACCOUNT NO.: QWPR |
| | | |
| | CLAIM: 0.00 | |
| SAN FRANCISCO, CA 94108 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **ALLEGHENY HEALTH NETWORK** | Trustee Claim Number:9 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 645266 | Court Claim Number: | ACCOUNT NO.: 5985 |
| | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15264-5266 | COMMENT: | |

| | | |
|---|---|---|
| **BBVA COMPASS BANK++** | Trustee Claim Number:10 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN BANKRUPTCY | Court Claim Number: | ACCOUNT NO.: 7254 |
| PO BOX 10566 | | |
| | CLAIM: 0.00 | |
| BIRMINGHAM, AL 35296 | COMMENT: NT ADR/SCH | |

**CLAIM RECORDS**

**CAPITAL ONE NA BY AMERICAN INFOSOURCE -**
PO BOX 71083
CHARLOTTE, NC 28272-1083
Trustee Claim Number:11 INT %: 0.00%
Court Claim Number:10
CLAIM: 10,222.09
COMMENT:
CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 7913

---

**CITIBANK NA****
EXCEPTION PAYMENTS
4674 HOUSTON RD
FLORENCE, KY 41042
Trustee Claim Number:12 INT %: 0.00%
Court Claim Number:3-2
CLAIM: 853.01
COMMENT: WAYFAIR*AMD
CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 2823

---

**CITIBANK NA****
EXCEPTION PAYMENTS
4674 HOUSTON RD
FLORENCE, KY 41042
Trustee Claim Number:13 INT %: 0.00%
Court Claim Number:2-2
CLAIM: 1,999.30
COMMENT: BEST BUY*AMD
CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 6184

---

**CITIBANK NA****
EXCEPTION PAYMENTS
4674 HOUSTON RD
FLORENCE, KY 41042
Trustee Claim Number:14 INT %: 0.00%
Court Claim Number:1-2
CLAIM: 439.19
COMMENT: THD*AMD
CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 9831

---

**DOLLAR BANK FSB(*)**
ATTN CONSUMER DEFAULT MANAGEMENT
PO BOX 3969
PITTSBURGH, PA 15230
Trustee Claim Number:15 INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT:
CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 8556

---

**DOLLAR BANK FSB(*)**
ATTN CONSUMER DEFAULT MANAGEMENT
PO BOX 3969
PITTSBURGH, PA 15230
Trustee Claim Number:16 INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT:
CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 2809

---

**CITIBANK NA****
C/O QUANTUM3 GROUP LLC
PO BOX 280
KIRKLAND, WA 98083-0280
Trustee Claim Number:17 INT %: 0.00%
Court Claim Number:4
CLAIM: 915.79
COMMENT: MACYS
CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 6264

---

**PHOENIX FINANCIAL SERVICE++**
PO BOX 361450
INDIANAPOLIS, IN 46236-1450
Trustee Claim Number:18 INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT:
CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 2554

---

**QUICK MED CLAIMS**
1400 LEBANON CHURCH RD
PITTSBURGH, PA 15236
Trustee Claim Number:19 INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT:
CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 8732

---

**ROCKET LOANS**
28596 NETWORK PL
CHICAGO, IL 60673-1285
Trustee Claim Number:20 INT %: 0.00%
Court Claim Number:13
CLAIM: 5,257.32
COMMENT:
CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 8745

CLAIM RECORDS

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:8 | ACCOUNT NO.: 0065 |
| PO BOX 10587 | | |
| | CLAIM: 1,686.13 | |
| GREENVILLE, SC 29603-0587 | COMMENT: SYNC/AMAZON | |
| **SYNCHRONY BANK BY AIS INFOSOURCE LP - A** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 661380 | Court Claim Number:12 | ACCOUNT NO.: 8175 |
| | CLAIM: 81.62 | |
| DALLAS, TX 75266-1380 | COMMENT: JCP | |
| **LVNV FUNDING LLC** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:7 | ACCOUNT NO.: 8467 |
| PO BOX 10587 | | |
| | CLAIM: 2,016.23 | |
| GREENVILLE, SC 29603-0587 | COMMENT: SYNC/LOWES | |
| **SYNCHRONY BANK BY AIS INFOSOURCE LP - A** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 661380 | Court Claim Number:11 | ACCOUNT NO.: 7875 |
| | CLAIM: 184.46 | |
| DALLAS, TX 75266-1380 | COMMENT: TJX | |
| **JEFFERSON CAPITAL SYSTEMS LLC(*)** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:14 | ACCOUNT NO.: 7005 |
| | CLAIM: 2,141.08 | |
| CHICAGO, IL 60677-2813 | COMMENT: REF 3662589709*SYNC/PAYPAL | |
| **UPMC HEALTH SERVICES** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:16 | ACCOUNT NO.: 5180 |
| PO BOX 1123 | | |
| | CLAIM: 1,679.67 | |
| MINNEAPOLIS, MN 55440 | COMMENT: | |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SO** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| ATTN BANKRUPTCY NOTICING | Court Claim Number: | ACCOUNT NO.: |
| 4515 N SANTA FE AVE DEPT APS | | |
| | CLAIM: 0.00 | |
| OKLAHOMA CITY, OK 73118 | COMMENT: CAP 1 AUTO/PRAE | |
| **KML LAW GROUP PC*** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19106 | COMMENT: QUICKEN LNS/PRAE | |
| **ROCKET MORTGAGE LLC FKA QUICKEN LOANS** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| 635 WOODWARD AVE | Court Claim Number:5 | ACCOUNT NO.: 5281 |
| | CLAIM: 286.38 | |
| DETROIT, MI 48226 | COMMENT: $CL-PL | |
| **ALLEGHENY VALLEY SD (CHESWICK) (RE)** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O KEYSTONE COLLECTIONS GRP - DLNQ YRS | Court Claim Number:9 | ACCOUNT NO.: H061 |
| 546 WENDEL RD | | |
| | CLAIM: 67.97 | |
| IRWIN, PA 15642 | COMMENT: 530H061*20-21*PIF CL@594.15 WD-D93*OE-D95*CL9GOV*4456.44@12%~TTL/PL~S | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **JEFFREY R HUNT ESQ** | Trustee Claim Number:31 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| GRB LAW | Court Claim Number: | ACCOUNT NO.: |
| 525 WILLIAM PENN PLACE STE 3110 | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219 | COMMENT: PEOPLES/PRAE | |
| **UPMC PHYSICIAN SERVICES** | Trustee Claim Number:32 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:15 | ACCOUNT NO.: 5180 |
| PO BOX 1123 | | |
| | CLAIM: 273.10 | |
| MINNEAPOLIS, MN 55440 | COMMENT: NT/SCH | |
| **PNC BANK NA** | Trustee Claim Number:33 INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| PO BOX 94982 | Court Claim Number:17 | ACCOUNT NO.: 1049 |
| | CLAIM: 292.28 | |
| CLEVELAND, OH 44101 | COMMENT: PMT PROPER/PL*THRU 10/22*SATISFIED/RPT | |
| **TUCKER ARENSBERG PC** | Trustee Claim Number:34 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| ONE PPG PLACE - STE 1500 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15222-5401 | COMMENT: | |
| **CHESWICK BOROUGH (RE)** | Trustee Claim Number:35 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC-DELQ CLLCTR | Court Claim Number:18-2 | ACCOUNT NO.: 0H61 |
| 102 RAHWAY RD | | |
| | CLAIM: 0.00 | |
| MCMURRAY, PA 15317 | COMMENT: 530H061*21*NON%*722.82@10%TTL/PL*NO YRS/SCH-PL*W/3*AMD CL=$0 | |
| **COUNTY OF ALLEGHENY (RE TAX)*** | Trustee Claim Number:36 INT %: 12.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:19-2 | ACCOUNT NO.: 0H61 |
| POB 200 | | |
| | CLAIM: 33.91 | |
| BETHEL PARK, PA 15102 | COMMENT: 530H61*22*CL19GOV*NT/SCH-PL*WNTS 12%*PIF/CR*AMD CL=$0 | |
| **ROBERTSON ANSCHUTZ SCHNEID CRANE & PA** | Trustee Claim Number:37 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 13010 MORRIS RD SUITE 450 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| ALPHARETTA, GA 30004 | COMMENT: PNC BANK/PRAE | |
| **GRB LAW** | Trustee Claim Number:38 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 525 WILLIAM PENN PLACE STE 3110 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219 | COMMENT: ALLEGHENY CO~CHESWICK BORO/PRAE | |