**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

In re: CASE NO.: 22-22106-GLT
CHAPTER 13

Jeffrey J. Mahronich,
&
Sandra L. Mahronich,
Debtors.

PNC Bank, NA,
Secured Creditor/Respondent,

Ronda J. Winnecour,
Trustee
_____________________________________/

**REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of PNC Bank, NA ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 Morris Rd., Suite 450**
**Alpharetta, GA 30004**

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Authorized Agent for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: (817) 873-3080
Facsimile: 561-997-6909

By: /s/ Scott P. Ciupak
Scott P. Ciupak, Esq. (OH-0076117)*
Email: sciupak@raslg.com
*Admitted: U.S. Bankruptcy Court of Western District of Pennsylvania

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

In re: CASE NO.: 22-22106-GLT
CHAPTER 13

Jeffrey J. Mahronich,
&
Sandra L. Mahronich,
Debtors.

PNC Bank, NA,
Secured Creditor/Respondent,

Ronda J. Winnecour,
Trustee
_______________________________________/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 6, 2026, I caused a true and correct copy to be filed via the CM/ECF system, and also served to the parties on the below Service List, the foregoing Response to Objection to the Notice of Mortgage Payment Change Re: Claim Number 17with the Clerk of Court via the CM/ECF system, and/or First Class Mail, postage prepaid.

**Service List:**

Jeffrey J. Mahronich
1706 Sherman Ave.
New Kensington, PA 15068

Sandra L. Mahronich
1706 Sherman Ave.
New Kensington, PA 15068

Kenneth Steidl
Steidl & Steinberg
Koppers Building
436 Seventh Ave. Ste. 322
Pittsburgh, PA 15219

Ronda J. Winnecour

Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Authorized Agent for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: (817) 873-3080
Facsimile: 561-997-6909

By: /s/ Scott P. Ciupak
Scott P. Ciupak, Esq. (OH-0076117)*
Email: sciupak@raslg.com
*Admitted: U.S. Bankruptcy Court of Western District of Pennsylvania
Attorney for Creditor